■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v FRED OLIVER GROVE, Appellant.—Appeal by defendant, as limited by his motion,

from a sentence of the Supreme Court, Suffolk County, imposed December 14, 1977. Sentence affirmed. No opinion. This case is remitted to the Supreme Court, Suffolk County, for further proceedings pursuant to CPL 460.50 (subd 5). Mollen, P. J., Latham, Suozzi and Hawkins, JJ., concur.